**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
JOANN BERNAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-cr-00143-DAD-BAM |
| | ) | |
| Plaintiff, | ) | REQUEST FOR MODIFICATION OF |
| | ) | PRETRIAL RELEASE CONDITION |
| | ) | AND ORDER THEREON |
| vs. | ) | |
| | ) | |
| | ) | |
| JOANN BERNAL, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant JOANN BERNAL, by and through her Attorney of Record, CAROL MOSES, hereby requests a Pretrial Release Modification that allows Ms. Bernal to take her children to school and pick them up after school each day.

On June 24, 2019, Ms. BERNAL was released from custody with release conditions. She was placed on house arrest with an ankle monitor.

Ms. Bernal has three children, ages 15, 14 and 12. The two oldest go to Lemoore High School and the youngest attends Liberty Middle School in Lemoore. The family lives in Armona. It takes 20 minutes to get in and out of school traffic and Ms. BERNAL has to go to two schools to get her children to school.

Ms. BERNAL's request is to modify her Pretrial Release Conditions to allow her to be absent from her home for two hours per day so that she may take her children to school in the

morning beginning at approximately 7:20 AM to 8:20 AM and then again from 2:45 PM to 3:45 PM. This allows Ms. BERNAL to take and pick her children up from their two schools at the end of their school day.

All other terms and conditions of Pretrial Release will stay in the same force and effect.

Pretrial Services Officer Frank Guerrero supervises Ms. BERNAL. He does not oppose this modification of Pretrial Conditions of Release, and in fact supports this modification.

Dated: August 7, 2019            /s/*Carol Ann Moses*
                                 CAROL ANN MOSES
                                 Attorney for Defendant
                                 JOANN BERNAL

ORDER

The Court accepts the above Proposed Order and adopts its terms as the Order of this Court in vase no. 1:19-cr-00143-DAD-BAM. Accordingly, Ms. BERNAL's conditions of Pretrial Release are modified as follows:

1. Ms. BERNAL may leave her residence at 7:20 in the morning to take her children to school in Lemoore and will return to her residence within one hour at 8:20 AM.

2. Ms. BERNAL may leave her residence at 2:45 in the afternoon to drive to Lemoore to pick her children up and will return to her residence within one hour at 3:45 PM.

3. All other Pretrial Conditions of Release will remain in full force and effect.

IT IS SO ORDERED.

Dated:   **August 8, 2019**            /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE