# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOANN BERNAL, ) <br> ) <br> Defendant. ) | CASE NO. 1:19-cr-00143-DAD-BAM <br><br> ORDER SETTING HEARING ON REQUEST TO AMEND CONDITIONS OF PRETRIAL RELEASE CONDITION |

On November 18, 2019, Defendant Joann Bernal filed a request for a pretrial release modification which the Court construes as a motion to modify her conditions of release. The Court shall set a briefing scheduling and hearing on the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The Government shall file a response to Defendant's motion to modify the conditions of release **on or before noon on Thursday, November 21, 2019**;

2. Defendant's motion to modify the conditions of release shall be heard on **Friday, November 22, 2019, at 2:00 p.m.** in Courtroom 9; and

3. Defendant shall personally appear for the November 22, 2019 hearing.

IT IS SO ORDERED.

Dated: __November 18, 2019__ _____
UNITED STATES MAGISTRATE JUDGE