| | |
|---|---|
| 1 | **CAROL ANN MOSES #164193** |
| | Attorney at Law |
| 2 | 7636 N. Ingram Ave., #104 |
| | Fresno, California 93711 |
| 3 | Telephone: (559) 449-9069 |
| | Facsimile: (559) 513-8530 |
| 4 | carol@yosemitelawyer.com |

Attorney for Defendant,
JOANN BERNAL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-cr-00143-DAD-BAM |
| | ) | |
| Plaintiff, | ) | DEFENDANT JOANN BERNAL'S |
| | ) | NOTICE TO WITHDRAW PREVIOUS |
| | ) | REQUEST FOR MODIFICATION OF |
| vs. | ) | THE PRETRIAL RELEASE CONDITION |
| | ) | OF NO ASSOCIATION OR CONTACT |
| | ) | WITH CO-DEFENDANTS |
| JOANN BERNAL, | ) | |
| | ) | Date: November 22, 2019 |
| | ) | Time: 2:00 PM |
| Defendant. | ) | Judge: Hon. Stanley A. Boone |
| | ) | |

**TO THE HONORABLE STANLEY A. BOONE, UNITED STATES MAGISTRATE JUDGE AND ASSISTANT UNITED STATES ATTORNEY JUSTIN J. GILIO:**

**NOTICE IS HEREBY GIVEN** that Defendant Joann Bernal, through his attorney Carol Ann Moses, does hereby move to withdraw her Request for Modification of the Pretrial Release Condition of No Association or Contact with Co-Defendants that was filed on November 11, 2019 with this Court.

///

///

///

///

///

Counsel for Ms. Bernal would respectfully request that the Request for Modification of the Pretrial Release Condition of No Association or Contact with Co-Defendants be withdrawn.

RESPECTFULLY SUBMITTED,

Dated: November 21, 2019    /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
JOANN BERNAL

**ORDER**

At the request of Defendant Joann Bernal through his attorney, Carol Ann Moses, the Request for Modification of the Pretrial Release Condition of No Association or Contact with Co-Defendants in Case No. 1:19-cr-00143-DAD-BAM is hereby WITHDRAWN.

IT IS SO ORDERED.

Dated: **November 21, 2019**    _____
UNITED STATES MAGISTRATE JUDGE