**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
JOANN BERNAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                   ) | CASE NO. 1:19-cr-00143-DAD-BAM |
| ) | |
| Plaintiff,       ) | STIPULATION FOR MODIFICATION OF |
| ) | PRETRIAL RELEASE CONDITIONS FOR |
| ) | THE REMOVAL OF LOCATION |
| vs.                                                              ) | MONITORING COMPONENT AND |
| ) | ORDER THEREON |
| ) | |
| JOANN BERNAL,                                        ) | |
| ) | |
| ) | Judge: Hon. Barbara A. McAuliffe |
| Defendant.      ) | |
| _____) | |

**IT IS HEREBY STIPULATED** by and between the Defendant, JOANN BERNAL, her attorney of record, CAROL ANN MOSES, Assistant United States Attorney, KIMBERLY SANCHEZ, and Assistant United States Attorney JUSTIN GILIO that a Pretrial Release Modification for the removal of the location monitoring component of Ms. Bernal's Pretrial Release Conditions be granted due to her exceptional progress on Pretrial Release.

On June 24, 2019, Ms. Bernal was released from custody with release conditions. She was placed on Home Detention with a location monitoring ankle device. On August 8, 2019, this Court granted Ms. Bernal's request for modification of Pretrial Conditions to allow her to be absent from her home for two hours per day so that she may take her children to school in the morning and pick them up in the afternoon. On August 19, 2019, this Court granted Ms. Bernal's second request for modification of Pretrial Conditions to allow her to be removed from Home

Detention and placed on Curfew between 8:00 PM and 6:00 AM.

Ms. Bernal is actively participating in counseling for mental health, as well as random substance abuse testing and community service. She has satisfied the requirements of attending meetings with CPS (Child Protective Services) and taking parenting classes weekly. Ms. Bernal has regained full custody of her three minor children with no restrictions, is working full time, and is attending school.

It is the opinion of Pretrial Services Officer Frank Guerrero that the removal of the location monitoring component for Ms. Bernal is in order due to her outstanding performance while on pretrial release. Officer Guerrero reports that Ms. Bernal has remained in full compliance with all that has been asked of her and is in complete support of this modification request. Officer Guerrero has continued to provide excellent reports on Ms. Bernal and strongly recommends the removal of the location monitoring component.

The proposed modification of the location monitoring component of the Pretrial Release Conditions for Ms. Bernal is from:

> LOCATION MONITORING: The defendant shall participate in the Location Monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person,

TO:

> There will be no Location Monitoring program component.

///
///
///
///
///
///
///

All other terms and conditions of Pretrial Release not in conflict will stay in the same force and effect.

Dated: March 16, 2020         /s/*Carol Ann Moses*
                              CAROL ANN MOSES
                              Attorney for Defendant
                              JOANN BERNAL

Dated: March 16, 2020         /s/*Kimberly Sanchez*
                              KIMBERLY SANCHEZ
                              Assistant United States Attorney

Dated: March 16, 2020         /s/*Justin Gilio*
                              JUSTIN GILIO
                              Assistant United States Attorney

## **ORDER**

GOOD CAUSE APPEARING, the above request as to the Pretrial Release Condition of Defendant JOANN BERNAL in Case No. 1:19-cr-00143-DAD-BAM is hereby modified as to the location monitoring component to reflect that the location monitoring component is removed. All other Pretrial Conditions of Release not in conflict will remain in full force and effect.

IT IS SO ORDERED.

Dated:   **March 16, 2020**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE