**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
JOANN BERNAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-cr-00143-DAD-BAM |
|---|---|---|
| Plaintiff, | ) ) ) | REQUEST FOR RULE 43 WAIVER OF PERSONAL APPEARANCE REGARDING MOTION HEARING; |
| vs. | ) ) ) | ORDER THEREON |
| JOANN BERNAL, | ) ) ) | Date:  November 29, 2021 Time:  10:00 AM Judge: Hon. Dale A. Drozd |
| Defendant. | ) ) | |

     Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant JOANN BERNAL, having been advised of her right to be present at all stages of proceedings, hereby requests this Court permit her to waive her right to personally appear for the Motion Hearing on November 29, 2021. Ms. Bernal agrees that her interests shall be represented at all times by the presence of her attorney of record, CAROL ANN MOSES, the same as if she were personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all times.

     Ms. Bernal is charged with 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to possess with intent to distribute and distribution of over 500 grams of a mixture containing methamphetamine.

     Ms. Bernal has been out of custody since June 24, 2019.

     Ms. Bernal works as a Housing Case Manager for RH Community Builders, where the main office is located at 2550 W. Clinton Ave #142, Fresno, CA 93705. Ms. Bernal's specific job

requires her to work long hours. Missing work for Ms. Bernal would result in a large loss of wages and a great inconvenience for RH Community Builders as they rely on her to manage the housing of individuals transitioning from homelessness.

     Ms. Bernal is in good standing with Pretrial Services. She remains gainfully employed, and has had no adverse contact with law enforcement.

     Ms. Bernal respectfully requests that the Court grant a waiver of her right and obligation to be personally present at the Motion Hearing in Case No. 1:19-cr-00143-DAD-BAM on November 29, 2021 at 10:00 AM.

Dated: November 24, 2021            /s/ Carol Ann Moses
                                      CAROL ANN MOSES
                                      Attorney for Defendant,
                                      JOANN BERNAL

## ORDER

     GOOD CAUSE APPEARING, the above request for Ms. Bernal's waiver of personal appearance at the Motion Hearing in Case No. 1:19-cr-00143-DAD-BAM on November 29, 2021 at 10:00 AM, is hereby accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated: **November 28, 2021**         /s/ Dale A. Drozd
                                           UNITED STATES DISTRICT JUDGE